█ BEVERLY G. TYLER, Respondent, v. COYNE & DELANY Co., Defendant, and JOHN J. DELANEY, JR., et al., Appellants.— Order of the Supreme Court, Kings County, dated March 21, 1974, affirmed, with $20 costs and disbursements. No opinion. The discovery and inspection shall proceed at the place directed in the order under review at a time to be specified in a written notice of not less than 10 days, to be given by plaintiff, or at such other time and place as may be agreed by the parties. Gulotta, P. J.., Martuscello, Shapiro, Christ and Benjamin, JJ., concur.

## (June 12, 1974)

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARK METZGER and JOHN CLEMENTS, Appellants.— On the court's own motion, its decision (44 A D 2d 572), dated March 11, 1974, which was amended by this court's decision 45 A D 2d 719), dated June 4, 1974, is further amended by striking from the portion which, by said order of June 4, 1974, was added to the end of said original decision the words "in the interests of justice". Latham, Acting P. J., Shapiro, Cohalan, Christ and Munder, JJ., concur.